# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Elizabeth A Heimrich　　　　　　　　　:　　**Chapter 7**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　**Case No. 25-12770 (PMM)**
　　　　　　　　　　　　　　　　　　　　　　　:
**Debtor.**　　　　　　　　　　　　　　　　　　:

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** this bankruptcy case having been filed *pro se* on July 10, 2025;

AND the Debtor having failed to file a certification of credit counseling or to provide reasons why the requirement should be waived;

It is therefore herby **ordered** that the bankruptcy case is **dismissed**.

**Date:** 7/14/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:

Elizabeth A Heimrich
18 West Center St
Nazareth, PA 18064